

Ellenoff Grossman & Schole LLP

1345 Avenue of the Americas, 11th Floor
New York, New York 10105
Telephone: (212) 370-1300
Facsimile: (212) 370-7889

John Brilling Horgan
jhorgan@egsllp.com

November 3, 2022

<u>**Via ECF**</u>
Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
Courtroom 15C
New York, NY 10007-1312

      Re:    **1:22-cv-08160-LJL**
             **Hexin Global Limited and Viner Total Investments Fund v. Singularity**
             **Future Technology, Ltd. f/k/a Sino-Global Shipping America, Ltd. et al.**

Dear Judge Liman,

      This Firm represents Defendants Singularity Future Technology, Ltd. f/k/a Sino-Global Shipping America, Ltd. (the "Company") and Angela Shan ("Ms. Shan") in the above-referenced matter.

      We are writing to advise the Court that the Company and Ms. Shan have agreed to accept service of Plaintiffs Hexin Global Limited and Viner Total Investments Fund's (collectively "Plaintiffs") Complaint and Plaintiffs have agreed to extend the Company and Ms. Shan's time to answer the Complaint to December 12, 2022.

                              Very Truly Yours,

                              John Brilling Horgan