1345 Ave. of the Americas, 11th Floor
New York, NY 10105-0302
Telephone:  212-370-1300
jhorgan@egsllp.com

December 12, 2022

**BY ECF**
The Honorable Lewis Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 160
New York, NY 10007

       Re:  *Hexin Global Limited and Viner Total Investments Fund  v. Singularity Future Technology, Ltd., et al*., 1:22-cv-08160-LJL – Letter Motion Concerning Motion to Dismiss

Dear Judge Liman:

      We represent Defendants Singularity Future Technology, Ltd and Jing "Angela" Shan ("Defendants") in the above-referenced matter. Pursuant to the Court's Notice of Initial Pretrial Conference Order, dated December 5, 2022 (ECF Docket No. 8), Defendants hereby inform the Court that they intend to file a motion to dismiss.

                            Sincerely,

                          ___*[s] John B. Horgan*____
                              John B. Horgan

{01194471.DOCX.1}