**James Mahon**
**Shareholder**
**Phone: 212.599.3322  Fax: 212.557.0295**
**JMahon@beckerlawyers.com**



**Becker & Poliakoff**
**45 Broadway**
**17th Floor**
**New York, NY 10006**

December 19, 2022

<u>**BY ECF:**</u>

The Honorable Lewis Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 160
New York, NY 10007

> **Re:**  <u>Hexin Global Limited and Viner Total Investments Fund v. Singularity</u>
> <u>Future Technology, Ltd., et al.</u>
> Docket Number: 1:22-cv-08160-LJL
> Letter Concerning Motion to Dismiss

Dear Judge Liman:

We represent Yang Jie (the "Defendant") in the above-referenced matter. Pursuant to the Court's Notice of Initial Pretrial Conference Order, dated December 5, 2022 (ECF Docket No. 8), Defendant hereby informs the Court that he intends to file a motion to dismiss.

Sincerely,

*[s] James J. Mahon*
James J. Mahon

www.beckerlawyers.com

2277206fv.1                                                        Florida | New Jersey | New York | Washington, D.C.